**Order entered December 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00811-CR

**CHAZMON MONTREL BLACKSHEAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58305-M**

## ORDER

We **REINSTATE** this appeal.

On September 16, 2016, we ordered the trial court to hold a hearing to determine why the reporter's record had not been filed. On November 29, 2016, the reporter's record was filed. In the interest of expediting this appeal and because findings are no longer necessary, we **VACATE** that portion of the September 16, 2016 order requiring the trial court hold a hearing and make findings.

We **ORDER** the reporter's record filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE